MENDENHALL ET AL., RESPONDENTS, v. LYON ET AL., APPELLANTS.

(No. 1,337.)

(Submitted May 15, 1901.   Decided May 15, 1901.)

*Appeal—Briefs—Affirmance.*

Where no brief is filed and submitted to the appellate court, nor any oral argument made pointing out any of the matters on which appellants rely for relief, the judgment will be affirmed.

*Appeal from District Court, Park County; Frank Henry, Judge.*

ACTION by Susan A. Mendenhall and another against G. M. Lyon and others.   From a judgment in favor of plaintiffs, defendants appeal.   Affirmed.

*Messrs. Campbell & Stark,* for Appellants.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the Court.

Appeal by the defendants from a judgment and an order denying them a new trial.   No brief has been filed and submitted in this court, nor has any oral argument been made pointing out any of the matters upon which the appellants rely for relief.   The judgment and order are therefore affirmed, on the authority of *Killhonic v. Nuss,* 24 Mont. 292, 61 Pac. 648.

*Affirmed.*